UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 30 AM 9:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Elmer Antonio MORALES,** Defendant | Magistrate Docket No. '08 MJ 1702 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On or about **May 29, 2008** within the Southern District of California, defendant, **Elmer Antonio MORALES,** an alien, who previously had been excluded, deported and removed from the United States to **El Salvador**, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the San Ysidro, California Port of Entry, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th Day** of **MAY, 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Elmer Antonio MORALES**

## PROBABLE CAUSE STATEMENT

On May 29, 2008 at approximately 6:30 a.m., Border Patrol Agent S. Lebron was performing line watch duties near an area known as "Cactus." This area is approximately three miles east of the San Ysidro, California Port of Entry and is approximately twenty yards north of the United States/Mexico International Boundary.

A Remote Video Surveillance System (R.V.S.S.) camera operator advised Agents in the field, that one individual was observed crossing the primary and secondary International boundary fences and running north. The R.V.S.S. operator directed Agent Lebron to the individual. Agent Lebron approached the individual and identified himself as a Border Patrol Agent and questioned him as to his country of citizenship and nationality. The individual who was later identified as the defendant **Elmer Antonio MORALES,** admitted to being a citizen and national of El Salvador without any immigration documentation permitting him to enter or remain in the United States legally. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **El Salvador** on **September 19, 2007** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.