# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Elmer Antonio Morales

CASE NUMBER 08cr2132-JM

ABSTRACT OF ORDER

Booking No. 08680298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/4/08

the Court entered the following order:

X Defendant be released from custody. as to this case only

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:
___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

X Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other. dft. pending charges in 08cr2525-JM

JAN M. ADLER

UNITED STATES MAGISTRATE JUDGE

OR

Received ___
DUSM

by Rhea Rhone R. Rhone
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY