UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -4 PM 12:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ELMER ANTONIO MORALES, Defendant. | CASE NO. 08cr2132-JM<br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case,; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8:1325

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/4/08

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON ________________